# JAMES KOUSOUROS
ATTORNEY AT LAW

260 Madison Avenue, 22nd floor • New York, NY 10016
212•532•1934 / 212•532•1939 fax
E-mail: James@kousouroslaw.com

JAMES KOUSOUROS
FOUNDER & PRINCIPAL

EVAN L. LIPTON
COUNSEL

EMMA J. COLE
LEGAL ASSISTANT

February 26, 2024

By ECF

The Honorable Gregory H. Woods
United States District Judge
United States District Court
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007

                Re:    *United States v. Gannon Bond*, 24 Cr. 091 (GHW)

Dear Judge Woods:

      This letter is respectfully submitted to request that the Court extend the deadline by which to satisfy the conditions of Mr. Bond's appearance bond to March 1, 2024.

      The undersigned was recently retained and thus the requested extension will permit counsel to work with Mr. Bond to ensure the conditions are satisfied.

      Assistant United States Attorney David Felton has no objection to this request.

      Thank you for your consideration.

                                      Respectfully submitted,

                                      */s/ James Kousouros*
                                      James Kousouros, Esq.
                                      *Counsel for Mr. Bond*

Cc.    All Counsel of Record (By ECF)