# JAMES KOUSOUROS
ATTORNEY AT LAW

260 Madison Avenue, 22nd floor • New York, NY 10016
212•532•1934 / 212•532•1939 fax
E-mail: James@kousouroslaw.com

JAMES KOUSOUROS
FOUNDER & PRINCIPAL

EVAN L. LIPTON
COUNSEL

EMMA J. COLE
LEGAL ASSISTANT

February 29, 2024

<u>By ECF</u>

The Honorable Gregory H. Woods
United States District Judge
United States District Court
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007

Re: *United States v. Gannon Bond*, 24 Cr. 091 (GHW)

Dear Judge Woods:

     We write with the Government's consent to request that the bond conditions set for Mr. Bond be modified as set forth herein. The initial bond required Mr. Bond to deposit $400,000 in cash to secure the personal recognizance bond in the amount of $600,000. *See* D.E. 12. With the consent of the Government, Mr. Bond will deposit a certified check in the amount of $250,000 with the Clerk's office tomorrow morning. The balance of the security for the bond will satisfied by a premises located in Oregon owned by Mr. Bond's mother. The Government has been provided with supporting documentation for the premises and has consented to this modification. Finally, while the check will be deposited tomorrow, the Government has agreed to a seven-day extension with which to file the Confession of Judgement in Oregon.

     Thank you for your courtesy and consideration.

                                                                        Respectfully submitted,

                                                                        <u>*/s/ James Kousouros*</u>
                                                                        James Kousouros, Esq.
                                                                        *Counsel for Mr. Bond*

Cc:     All Counsel of Record (By ECF)