```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------- X
                                                            :
UNITED STATES,                                              :
                                                            :
                                                            :
                    -v-                                     :
                                                            :
                                                            :
ANDREY KOSTIN; VADIM WOLFSON; and                           :
GANNON BOND,                                                :
                                                            :
                              Defendants.                   :
----------------------------------------------------------- X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/9/2024

1:24-cr-91-GHW

ORDER

GREGORY H. WOODS, United States District Judge:

As stated on the record during the conference held on May 9, 2024, Defendant Vadim Wolfson's supplemental submission in support of his pending motion, Dkt. No. 39, is due no later than May 23, 2024. The Government's opposition is due within one week after service of Mr. Wolfson's submission, and Mr. Wolfson's reply, if any, is due within one week after service of the Government's opposition. If Mr. Wolfson wishes to withdraw his motion, he is directed to notify the Court by filing a letter by May 23, 2024.

SO ORDERED.

Dated: May 9, 2024
       New York, New York

_____
GREGORY H. WOODS
United States District Judge