## JAMES KOUSOUROS
ATTORNEY AT LAW

260 Madison Avenue, 22nd floor • New York, NY 10016
212•532•1934 / 212•532•1939 fax
E-mail: James@kousouroslaw.com

JAMES KOUSOUROS
FOUNDER & PRINCIPAL

EVAN L. LIPTON
COUNSEL

EMMA J. COLE
LEGAL ASSISTANT

# MEMORANDUM ENDORSED

May 19, 2024

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  5/20/2024
```

<u>By ECF</u>

The Honorable Gregory H. Woods
United States District Judge
United States District Court
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007

               **Re:**    *United States v. Gannon Bond*, **24 Cr. 091 (GHW)**

Dear Judge Woods:

    This letter is respectfully submitted to request that the Court temporarily modify the conditions of Mr. Bond's release to permit him to travel to Oregon with his family from June 9, 2024, through June 20, 2024. As the Court may recall, Mr. Bond's mother lives in Oregon and posted her property to secure his appearance bond. It is tradition for Mr. Bond to take his children to visit her during the school holidays.

    Pretrial Services and the Government have no objection to this request. Pretrial Services Officer Kristen McKeown notes that Mr. Bond is in full compliance with the conditions of his release and reports as directed.

    Thank you for your consideration.

                                                       Respectfully submitted,

                                                      <u>/s/ James Kousouros</u>
                                                      James Kousouros, Esq.
                                                      *Counsel for Mr. Bond*

Cc:    All Counsel of Record (By ECF)

       Kristen McKeown
       Senior U.S. PTS Officer

       Jazzlyn A. Harris
       U.S. PTS Officer Assistant

APPLICATION GRANTED.  The conditions of the defendant's release are modified as follows:  Mr. Bond may travel to Oregon with his family from June 9, 2024 to June 20, 2024.  All other conditions of Mr. Bond's release remain in full effect.

The Clerk of Court is directed to terminate the motion pending at Dkt. No. 51.

SO ORDERED.

Dated: May 20, 2024
New York, New York

                                 _____
                                   GREGORY H. WOODS
                                   United States District Judge