# JAMES KOUSOUROS
### ATTORNEY AT LAW

260 Madison Avenue, 22nd floor • New York, NY 10016
212•532•1934 / 212•532•1939 fax
E-mail: James@kousouroslaw.com

JAMES KOUSOUROS
FOUNDER & PRINCIPAL

EVAN L. LIPTON
COUNSEL

EMMA J. COLE
LEGAL ASSISTANT

August 27, 2024

<u>By ECF</u>

The Honorable Gregory H. Woods
United States District Judge
United States District Court
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007

    Re: *United States v. Gannon Bond*, 24 Cr. 091 (GHW)

Dear Judge Woods:

  This letter is respectfully submitted to request that the Court temporarily modify the conditions of Mr. Bond's release to permit him (1) to travel to Portland, Oregon with his family from September 6, 2024, through September 9, 2024, to attend a surprise birthday party for his aunt who is turning eighty and (2) to travel to New Orleans from October 3, 2024, through October 8, 2024, with his brother to vacation with high school friends. The addresses at which Mr. Bond would reside for both trips have been provided to Pretrial Services and the Government.

  Pretrial Services and the Government have no objection to these requests provided Mr. Bond provide his flight itinerary and hotel booking confirmation.

  Thank you for your consideration.

                Respectfully submitted,

                <u>/s/ James Kousouros</u>
                James Kousouros, Esq.
                *Counsel for Mr. Bond*

Cc. All Counsel of Record (By ECF)

   Kristen McKeown
   Senior U.S. PTS Officer

Jazzlyn A. Harris
U.S. PTS Officer Assistant