# JAMES KOUSOUROS
### ATTORNEY AT LAW

**MEMORANDUM ENDORSED**

JAMES KOUSOUROS
FOUNDER & PRINCIPAL

260 Madison Avenue, 22nd floor • New York, NY 10016
212•532•1934 / 212•532•1939 fax
E-mail: James@kousouroslaw.com

EMMA J. COLE
LEGAL ASSISTANT

November 18, 2024

By ECF

The Honorable Gregory H. Woods
United States District Judge
United States District Court
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/19/2024
```

Re:   *United States v. Gannon Bond*, 24 Cr. 091 (GHW)

Dear Judge Woods:

    We write with the consent of both the Government and co-defendant counsel to request a three-day extension by which to file Pretrial Motions in reference to the above-captioned matter which are currently due November 22, 2024. I am attending a family memorial and will be returning to New York on Thursday, November 21, 2024. While our motions are close to complete, I would greatly appreciate the additional days to finalize the motions and meet with my client. We respectfully request permission to file our motions on November 25, 2024, with the Government's Opposition due December 23, 2024.

    Thank you for your consideration.

Respectfully submitted,

*/s/ James Kousouros*
James Kousouros, Esq.
*Counsel for Mr. Bond*

Cc:   All Counsel of Record (By ECF)

---

Application granted. The deadline for the submission of the defendants' pretrial motions is extended to November 25, 2024.
The Clerk of Court is directed to terminate the motion pending at Dkt. No. 69.

SO ORDERED.

Dated: November 19, 2024
New York, New York

GREGORY H. WOODS
United States District Judge