# JAMES KOUSOUROS
### ATTORNEY AT LAW

260 Madison Avenue, 22nd floor • New York, NY 10016
212•532•1934 / 212•532•1939 fax
E-mail: James@kousouroslaw.com

JAMES KOUSOUROS
FOUNDER & PRINCIPAL

EMMA J. COLE
LEGAL ASSISTANT

## MEMORANDUM ENDORSED

December 5, 2024

By ECF

The Honorable Gregory H. Woods
United States District Judge
United States District Court
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/6/2024
```

Re:   *United States v. Gannon Bond*, 24 Cr. 091 (GHW)

Dear Judge Woods:

This letter is respectfully submitted to request that the Court temporarily modify the conditions of Mr. Bond's release to permit him to travel to Portland, Oregon with his family from December 20, 2024, through December 28, 2024, in order to celebrate Christmas at his mother's home. As the Court may recall, Mr. Bond's mother lives in Oregon and posted her property to secure his appearance bond. The address has been provided to Pretrial Services and the Government.

Pretrial Services and the Government have no objection to these requests provided Mr. Bond provide his flight itinerary in advance of departure. Senior U.S. Pretrial Services Officer Kristen McKeown notes that Mr. Bond remains in compliance with his conditions of release and reports as directed.

Thank you for your consideration.

Respectfully submitted,

*/s/ James Kousouros*
James Kousouros, Esq.
*Counsel for Mr. Bond*

Application granted. The conditions of the defendant's release are modified as follows: Mr. Bond may travel to Oregon with his family from December 20, 2024 to December 28, 2024. All other conditions of Mr. Bond's release remain in full effect.
The Clerk of Court is directed to terminate the motion pending at Dkt. No. 91.
SO ORDERED.

Dated: December 6, 2024
New York, New York

_____
GREGORY H. WOODS
United States District Judge

1