# EXHIBIT C

# WINCH DESIGN

MEETING MINUTES: 1358 – Moscow Residence

LOCATION: Barvikha, Russia

DATE: 18.10.2018

PRESENT: WD (ST, PH), ANDREI KOSTIN (AK), NAILYA ASKERZADE (NA), ALEXANDER VORONTSOV (AV)

CIRCULATION: All

*Any party in non-agreement to any point as listed below should respond within 48 hours. Should there be no response it will be seen that all parties present are in full agreement to all points as minuted.*

| | **Actions** |
|---|---|
| **1. First Client Meeting Minutes - General Comments** | |
| 1.1. ST introduced the client to the WD Architecture side of the company, as previous contact was with Jim Dixon. | - |
| 1.2. AK and NA gave WD the brief for a new-build family home on a virgin site near Razdory, to be used as their main residence. | |
| 1.3. The high-level requirement is for a contemporary home, 'of this generation' for the family of 4 to live, enjoy the tranquil setting and escape the city. | - |
| 1.4. AK noted the timetable would be to have all necessary permissions by April 2019, to begin construction shortly thereafter. | |
| **2. The Brief** | |
| 2.1. 2000-2500m² family home for AK, NA, 4yr old son, 6yr old daughter. | |
| 2.2. House staff include, 2-3 housekeepers, 2 nannies, 2-3 tutors (language, music {piano, drums}, sport {rhythm gymnastics}) | |
| 2.3. Security provision – separate building at site entrance – 2 staff, and 1 staff in control room in house (basement). Staff in 4 shifts, likely roaming perimeter. | |
| 2.4. Main house comprised of ground floor with family kitchen, dining, reception, study for Ak and NA, music room, amenities. | |
| 2.5. Formal/main stair, with lift for family use, separate staff stair | |
| 2.6. Main family entrance, with separate entrance for staff/tutors/deliveries. | |
| 2.7. House to be modern in style, not a Russian pastiche or from a past generation. Contemporary in feel, without being 'high-tech.' Suggested stone exterior. | |



Winch Design Ltd
The Old Fire Station
123 Mortlake High Street
London SW14 8SN

T +44 (0) 20 8392 8400
info@winchdesign.com
www.winchdesign.com

ESTD 1986

Registered in England No.2023355

# WINCH DESIGN

2.8. Large amount of glazing to ground floor – liked the French windows in current house. Make most of the forested view.
2.9. Liked the idea of all ground floor areas connected with views through, but also to have doors to close off when necessary.
2.10. First floor for bedrooms – even perhaps master suite on 3rd floor, but current zoning limits heights to 12 metres.
2.11. Master suite to have his/her bathrooms and dressing rooms. NA requires three dressing rooms (suggest we discuss linear metres required).
2.12. Children to have own bedrooms including ensuite and study, with joined/shared play area.
2.13. 3 additional bedrooms for guests/nanny.
2.14. Basement level to have cinema, 20 metre pool with sauna/hammam/massage, services plant room, laundry, professional kitchen. Did not discuss if wine cellar is required. Gym. Security Control room.
2.15. Separate staff house (perhaps over/with garage?)
2.16. Separate, perhaps linked – sports hall for children's gymnastics – daughter studies rhythmic gymnastics and requires regulation-sized hall (18m x 18m total zone, 8m high).
2.17. Garage to house 5 cars.
2.18. House to have underfloor heating throughout, with full comfort cooling.
2.19. House to be technically efficient and smart, but not complicated or difficult to operate by users.

3. **Visit to site prior to meeting**

    3.1. Heavily forested with birch and pine. Areas of lesser sapling near north east edge. Say 20-30 metre high trees
    3.2. Virtually flat, no water present.
    3.3. Below-ground services run along site
    3.4. Below-ground 'security' cabling run along site – can be moved if required.
    3.5. Overhead electricity wires on pylons say 30 metres to the east of the site
    3.6. Site has one entry road along west property line, no buildings nearby.
    3.7. Large school to the south, noted that services come from substation at/near/on school.
    3.8. WD walked perimeter of site with AV and estate agent (named Alexander), took photos and noted general tree coverage in considering possible building placement and orientation.
    3.9. Noted traffic noise from A-106 motorway to the south.

4. **Next Steps**

    4.1. WD to send AV fee proposal for initial stage.
    4.2. WD to prepare first concepts, within 4-6 weeks, to present to client, either in UK or Russia.

Winch Design Ltd  T +44 (0) 20 8392 8400
The Old Fire Station  info@winchdesign.com
123 Mortlake High Street  www.winchdesign.com
London SW14 8SN

Registered in England No.2023355


ESTD 1986

FOIA Confidential Treatment Requested

JL-DOJ-00006877

US_0004446101
JL-DOJ-00006876