USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/12/2025

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
                                                                :

UNITED STATES,                            :          1:24-cr-91-GHW

                     -v-                          :            <u>ORDER</u>

ANDREY KOSTIN; VADIM WOLFSON; *and*
GANNON BOND,                            :

                                   Defendants.  :

-------------------------------------------------------------- X

GREGORY H. WOODS, United States District Judge:

       On September 27, 2024, the Court issued a scheduling order in this case. Dkt. No. 61. In the September 27, 2024 order, the Court scheduled a hearing on any defense pretrial motions necessitating a hearing (the "Pretrial Hearing") for February 14, 2025 at 1:00 p.m. in Courtroom 12C, Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York 10007. *Id.* The Pretrial Hearing currently scheduled for February 14, 2025 is adjourned to March 12, 2025 at 9:30 a.m. The parties should be available for the entire day, as the Court expects that it may entertain oral argument with respect to the issues raised in the motions. The Court will notify the parties which, if any, issues the Court anticipates will require an evidentiary hearing by the end of next week.

       Additionally, on February 11, 2025, counsel for Mr. Bond requested permission to bring specified electronic devices into the courthouse on February 14, 2025 for the Pretrial Hearing. Dkt. No. 111. In light of the adjournment, Mr. Bond's February 11, 2025 request is denied. He may renew his request to bring electronic devices into the courthouse for the March 12, 2025 Pretrial Hearing if necessary.

The Clerk of Court is directed to terminate the motion pending at Dkt. No. 111.

SO ORDERED.

Dated: February 12, 2025
New York, New York

_____
GREGORY H. WOODS
United States District Judge