```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/21/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------- X
:
:
UNITED STATES,                                                    :
:                         1:24-cr-91-GHW
:
        -v-                                                       :         ORDER
:
ANDREY KOSTIN; VADIM WOLFSON; *and*                               :
GANNON BOND,                                                      :
:
:
                                        Defendants.               :
:
:
----------------------------------------------------------------- X

GREGORY H. WOODS, United States District Judge:

An evidentiary hearing is scheduled to take place on March 12, 2025 at 9:30 a.m. Dkt. No. 112. The Court has reviewed the parties' submissions in connection with the motions to suppress evidence filed by Mr. Wolfson and Mr. Bond. Dkt. Nos 74–79, 81–83, 86–87, 93, 99–102, 107. The Court requests that the parties prepare to present evidence at the hearing regarding (1) the voluntariness of Mr. Wolfson's statement, Dkt. No. 79 at 12, and (2) the October 21, 2022 warrant to search the email accounts associated with Mr. Wolfson and Mr. Bond, Dkt. No. at. 87 at 14–17. The Court may also entertain oral argument with respect to all issues. The Court requests that the parties meet and confer regarding the anticipated duration of the evidentiary hearing. The parties are directed to submit a joint letter to the Court with the estimated duration of the hearing to the Court no later than March 5, 2025. The letter should also propose a schedule for submission of 3500 materials and any exhibits to the Court and each of the parties in advance of the hearing.

SO ORDERED.

Dated: February 21, 2025
New York, New York

_____
GREGORY H. WOODS
United States District Judge