UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  3/9/2025
```

-------------------------------------------------------------- X
:
:
UNITED STATES,                            :
:                          1:24-cr-91-GHW
:
-v-                     :                          ORDER
:
ANDREY KOSTIN; VADIM WOLFSON; *and*       :
GANNON BOND,                              :
:
:
Defendants.   :
:
:
-------------------------------------------------------------- X

GREGORY H. WOODS, United States District Judge:

On March 7, 2025, the Government filed a motion to take Rule 15 depositions.

Dkt. No. 119.  Any opposition by either Defendant is due no later than March 17, 2025.  The

Government's reply to each opposition, if any, is due three business days following the date of

service of the corresponding opposition.

SO ORDERED.

Dated:  March 9, 2025
New York, New York

_____
GREGORY N. WOODS
United States District Judge