# JAMES KOUSOUROS
### ATTORNEY AT LAW

**JAMES KOUSOUROS**
FOUNDER & PRINCIPAL

260 Madison Avenue, 22nd floor • New York, NY 10016
212•532•1934 / 212•532•1939 fax
E-mail: James@kousouroslaw.com

**EMMA J. COLE**
LEGAL ASSISTANT

**MEMORANDUM ENDORSED**                      March 7, 2025

By ECF

| USDC SDNY |
| DOCUMENT |
| ELECTRONICALLY FILED |
| DOC #: _____ |
| DATE FILED: 3/11/2025 |

The Honorable Gregory H. Woods
United States District Judge
United States District Court
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007

                **Re:** *United States v. Gannon Bond*, 24 Cr. 091 (GHW)

Dear Judge Woods:

      This letter is respectfully submitted to request that the Court issue the attached order, permitting the undersigned and Emma J. Cole, Legal Assistant, to each bring the specified electronic devices into the Courthouse and the courtroom for the hearing to be held in reference to the above-captioned matter on March 12, 2025, at 09:30 a.m.

      Thank you for your consideration.

                                        Respectfully submitted,

                                        */s/ James Kousouros*
                                        James Kousouros, Esq.
                                        *Counsel for Mr. Bond*

---

Application granted.  The Court expects to enter a separate order for distribution to the appropriate offices within the court.  Such orders are not customarily docketed.
The Clerk of Court is directed to terminate the motion pending at Dkt. No. 117.
SO ORDERED.
Dated:  March 11, 2025
New York, New York

                                        _____
                                            GREGORY H. WOODS
                                        United States District Judge