```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
    UNITED STATES OF AMERICA,              :
                                           :
              -against-                    :
                                           :
    AUDREY KOSTIN et al,                   :        1:24-cr-91-GHW
                                           :
                        Defendants.        :        ORDER
------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/16/2025

GREGORY H. WOODS, United States District Judge:

On April 14, 2025, the Court received a letter from Mr. Bond and Mr. Wolfson concerning a March 27, 2025 warrant obtained by the Government. Dkt. No. 162. Any response by the Government to Mr. Bond and Mr. Wolfson's April 14, 2025 letter is due no later than April 21, 2025.

SO ORDERED.

Dated: April 16, 2025
New York, New York

_____
GREGORY H. WOODS
United States District Judge