```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
    UNITED STATES OF AMERICA,              :
                                           :
                    -against-              :
                                           :
    AUDREY KOSTIN et al,                   :      1:24-cr-91-GHW
                                           :
                         Defendants.       :      ORDER
-----------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/5/2025

GREGORY H. WOODS, United States District Judge:

On May 2, 2025, the Court received a letter from the Government concerning reciprocal discovery in this matter. Dkt. No. 175. Any response by Mr. Bond or Mr. Wolfson to the Government's May 2, 2025 letter is due no later than May 9, 2025.

SO ORDERED.

Dated: May 5, 2025
New York, New York

_____
GREGORY H. WOODS
United States District Judge