UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
   UNITED STATES OF AMERICA,

              -against-

   AUDREY KOSTIN et al,

                   Defendants.
-------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/21/2025

1:24-cr-91-GHW

ORDER

GREGORY H. WOODS, United States District Judge:

     Earlier today, the Court issued an opinion in this case with respect to the pretrial motions filed by Mr. Wolfson and Mr. Bond.  Dkt. Nos. 74, 77, 81, 84, and 86.  Because the opinion references information that the parties had previously redacted in their briefs, the opinion was circulated to the parties without redactions before it is docketed.

     The parties are directed to submit any proposed redactions to the opinion to the Court no later than May 26, 2025.  Any requested redaction must be supported by a sufficient showing to overcome the presumption of public access to judicial documents.  Because the Court held a public evidentiary hearing in this matter on March 12, 2025, the Court does not assume that all information previously redacted by the parties will meet that standard.  The justification for any requested redactions should be set forth in a letter accompanying the proposed redactions.

     SO ORDERED.

Dated: May 21, 2025
New York, New York

                                          _____
                                            GREGORY H. WOODS
                                        United States District Judge