# JAMES KOUSOUROS
### ATTORNEY AT LAW

260 Madison Avenue, 22nd floor • New York, NY 10016
212•532•1934 / 212•532•1939 fax
E-mail: James@kousouroslaw.com

JAMES KOUSOUROS
FOUNDER & PRINCIPAL

EMMA J. COLE
LEGAL ASSISTANT

<u>By ECF</u>

**MEMORANDUM ENDORSED**

June 1, 2025

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/1/2025
```

The Honorable Gregory H. Woods
United States District Judge
United States District Court
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007

    Re: *United States v. Gannon Bond*, 24 Cr. 091 (GHW)

Dear Judge Woods:

  I write respectfully to request that the bail modification hearing currently scheduled for June 2, 2025 be adjourned to June 3, 2025 at which time the parties are scheduled to appear for the final pretrial conference. While the undersigned was scheduled to return to New York this evening, unfortunately due to a flight delay, we missed our connecting flight and had to rebook a flight for June 2, 2025. There were no other flights available.

  I apologize for the inconvenience. The Government has no objection to this request.

  Thank you for your courtesy and consideration.

                Respectfully submitted,

                <u>*/s/ James Kousouros*</u>
                James Kousouros, Esq.
                *Counsel for Mr. Bond*

cc: All Counsel of Record (By ECF)

  Application granted. The bail review hearing will be held during the conference scheduled for June 3, 2025.

  The Clerk of Court is directed to terminate the motion pending at Dkt. No. 202.

SO ORDERED.
Dated: June 1, 2025
New York, New York

           _____
           GREGORY H. WOODS
           United States District Judge