# K&L GATES

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/2/2025

## MEMORANDUM ENDORSED

June 2, 2025

David C. Rybicki
Partner
David.Rybicki@klgates.com

T +1 202 778 9370
F +1 202 778 9100

**By ECF**

The Honorable Gregory H. Woods
United States District Judge
United States District Court
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007

*Re:    USA v. Kostin, et al., Case No. 24-cr-00091-GHW*

Dear Judge Woods:

This letter is respectfully submitted to request that the Court issue the attached order, permitting counsel to each bring the specific electronic devices into the Courthouse and the Courtroom for the pre-trial conference to be held in reference to the above-captioned matter on June 3, 2025 at 10:00 AM.

Respectfully submitted,

*/s/ David Rybicki*

David C. Rybicki

---

Application granted.  The Court expects to enter a separate order for distribution to the appropriate offices within the court.  Such orders are not customarily docketed.
The Clerk of Court is directed to terminate the motion pending at Dkt. No. 205.
SO ORDERED.
Dated:  June 2, 2025
New York, New York

_____
GREGORY H. WOODS
United States District Judge

K&L GATES LLP
1601 K STREET NW   WASHINGTON   DC 20006
T +1 202 778 9000  F +1 202 778 9100  klgates.com