# JAMES KOUSOUROS
### ATTORNEY AT LAW

260 Madison Avenue, 22nd floor • New York, NY 10016
212•532•1934 / 212•532•1939 fax
E-mail: James@kousouroslaw.com

JAMES KOUSOUROS
FOUNDER & PRINCIPAL

EMMA J. COLE
LEGAL ASSISTANT

**MEMORANDUM ENDORSED**

June 2, 2025

<u>By ECF</u>

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/2/2025
```

The Honorable Gregory H. Woods
United States District Judge
United States District Court
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007

Re: *United States v. Gannon Bond*, 24 Cr. 091 (GHW)

Dear Judge Woods:

    This letter is respectfully submitted to request that the Court issue the attached order, permitting the undersigned and Emma J. Cole, Legal Assistant, to each bring the specified electronic devices into the Courthouse and the courtroom for the pretrial hearing to be held in reference to the above-captioned matter on June 3, 2025 at 10:00 a.m.

    Thank you for your consideration.

Respectfully submitted,

*/s/ James Kousouros*
James Kousouros, Esq.
*Counsel for Mr. Bond*

---

Application granted. The Court expects to enter a separate order for distribution to the appropriate offices within the court. Such orders are not customarily docketed.
The Clerk of Court is directed to terminate the motion pending at Dkt. No. 206.
SO ORDERED.
Dated: June 2, 2025
New York, New York

_____
GREGORY H. WOODS
United States District Judge