```
                                                        USDC SDNY
                                                        DOCUMENT
                                                        ELECTRONICALLY FILED
UNITED STATES DISTRICT COURT                            DOC #: _____
SOUTHERN DISTRICT OF NEW YORK                           DATE FILED: 6/4/2025
------------------------------------------------------------- X
                                                 :
                                                 :
                                                 :
UNITED STATES,                                   :      1:24-cr-91-GHW
                                                 :
                                                 :      ORDER
                    -v-                          :
                                                 :
                                                 :
                                                 :
ANDREY KOSTIN; VADIM WOLFSON; and                :
GANNON BOND,                                     :
                                                 :
                                Defendants.      :
                                                 :
                                                 :
------------------------------------------------------------- X
```

GREGORY H. WOODS, United States District Judge:

For the reasons stated on the record during the June 3, 2025 final pretrial conference, the Government's motions *in limine* are granted in part and denied in part. Defendants' motions *in limine* are also granted in part and denied in part. The following deadlines are also imposed for the reasons stated on the record. First, any proposed limiting instruction with respect to Mr. Bond's post-arrest statements is due June 10, 2025. Second, any supplemental briefing by the Government on the issue of whether statements by Mr. Kostin's agents can be introduced against Mr. Wolfson, and the basis for the introduction of statements by alleged co-conspirators prior to the date of Mr. Kostin's sanction, is due June 10, 2025. The Court would benefit from additional information regarding the factual predicate upon which the Government relies to establish the alleged "common goal" of Mr. Wolfson, Mr. Bond, and Mr. Kostin prior to that date.

Third, the deadline for the Government to submit any supplemental submissions in opposition to Defendants' request for relief arising from the Government's alleged violation of its *Brady* obligations is June 10, 2025. Any reply by Defendants is due no later than June 16, 2025.

Fourth, the deadline for Defendants' to submit any motions *in limine* with respect to the Government's Rule 404(b) materials is June 24, 2025. The Government's opposition is due no later than July 8, 2025. Defendants' reply, if any, is due no later than July 15, 2025.

Fifth, the deadline for Mr. Wolfson to submit any motions *in limine* with respect to the Government's use at trial of allegedly privileged records, and to submit any supplemental disclosures related to the testimony of his proposed expert witness, is June 24, 2025. The Government's opposition to each motion is due no later than July 8, 2025. Mr. Wolfson's reply, if any, is due no later than July 15, 2025.

Sixth, the deadline for the Government to submit any supplemental disclosures related to the testimony of its proposed expert witnesses is June 24, 2025. Defendants' opposition is due no later than July 8, 2025. The Government's reply, if any, is due no later than July 15, 2025.

Seventh, the deadline for the parties to submit designations related to the depositions taken pursuant to Rule 15 of the Federal Rules of Criminal Procedure is July 1, 2025. The parties are directed to Rule 5(B)(iv) of the Court's Individual Rules of practice in Civil Cases for instructions on how those exhibits may be submitted to the Court.

Finally, as stated on the record, the Court will hold an evidentiary hearing with respect to whether the Government flagrantly disregarded the terms of certain warrants issued in this case on June 20, 2025 at 10:00 a.m. The jury trial that is currently scheduled to commence on June 16, 2025 will instead begin on August 11, 2025 at 9:00 a.m.

The Clerk of Court is directed to terminate the motions pending at Dkt Nos. 137, 138, 140, 143, and 144.

SO ORDERED.

Dated: June 4, 2025
New York, New York

_____
GREGORY H. WOODS
United States District Judge