```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/6/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
                                                               :
  UNITED STATES OF AMERICA,                            :
                                                               :
                                                               :
                  -v-                      :                1:24-cr-91-GHW
                                                               :
  ANDREY KOSTIN, VADIM WOLFSON, *and*                   :                ORDER
  GANNON BOND,                                          :
                                                               :
                      Defendants. :
-------------------------------------------------------------- X

GREGORY H. WOODS, United States District Judge:

      For the reasons stated on the record during the June 3, 2025 final pretrial conference, the deadline for supplemental briefing by the Government on the issue of whether statements by Mr. Kostin's agents can be introduced against Mr. Wolfson and the basis for the introduction of statements by alleged co-conspirators prior to the date of Mr. Kostin's sanction (the "Agent and Co-conspirator Supplemental Briefing") is June 17, 2025. The deadline for the Agent and Co-conspirator Supplemental Briefing set forth in this order supersedes the deadline set forth in the Court's June 4, 2025 order, Dkt. No. 210.

      SO ORDERED.

Dated: June 6, 2025
New York, New York

                                                          _____
                                                          GREGORY H. WOODS
                                                      United States District Judge