UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/16/2025
```

-------------------------------------------------------- X

UNITED STATES OF AMERICA,                :
                                         :
             -against-                   :
                                         :
GANNON BOND,                             :                    1:24-cr-91-GHW-3
                                         :
                        Defendant.       :                    ORDER
-------------------------------------------------------- X

GREGORY H. WOODS, United States District Judge:

    A hearing in this matter will take place on July 16, 2025 at 3:00 p.m. with respect to Gannon

Bond.  The hearing will take place in Courtroom 12C, Daniel Patrick Moynihan United States

Courthouse, New York, New York 10007.  Counsel for the United States, Mr. Bond and his counsel

are directed to appear for the hearing as scheduled unless otherwise ordered by the Court.

    SO ORDERED.

Dated:  July 16, 2025
New York, New York

                         _____
                            GREGORY H. WOODS
                        United States District Judge