|  |  |
|---|---|
| UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF NEW YORK | USDC SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC #: _____<br>DATE FILED: 8/15/2025 |

------------------------------------------------------------ X
UNITED STATES OF AMERICA,                   :
                                            :
        -against-                           :
                                            :
ANDREY KOSTIN, VADIM WOLFSON and            :     1:24-cr-91-GHW
GANNON BOND,                                :
                                            :     ORDER
                         Defendants.        :
------------------------------------------------------------ X

GREGORY H. WOODS, United States District Judge:

Because there are no active matters in this case requiring the Court's consideration, the Clerk of Court is directed to terminate all pending motions and to move this case to the Court's inactive docket.

SO ORDERED.

Dated: August 15, 2025
New York, New York

_____
GREGORY H. WOODS
United States District Judge