JAMES KOUSOUROS
ATTORNEY AT LAW

260 Madison Avenue, 22nd floor • New York, NY 10016
212•532•1934 / 212•532•1939 fax
E-mail: James@kousouroslaw.com

JAMES KOUSOUROS
FOUNDER & PRINCIPAL

EMMA J. COLE
LEGAL ASSISTANT

**MEMORANDUM ENDORSED**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:________________
DATE FILED: 7/20/2026

July 20, 2026

By ECF

The Honorable Gregory H. Woods
United States District Judge
United States District Court
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007

**Re: *United States v. Gannon Bond*, 24 Cr. 091 (GHW)**

Dear Judge Woods:

This letter is respectfully submitted to request that the Court permit Mr. Bond to travel to Portland, Oregon from July 21, 2026, and then to Canada returning by August 5, 2026. Mr. Bond will visit family in Oregon with his children before taking them to Canada with family friends.

As the Court is aware, the date for the expiration of the deferred prosecution agreement was July 16, 2026. We are informed by the Government that a final signature is awaited and can be expected shortly. In the meantime, this trip has been scheduled for weeks and we respectfully request an Order from Your Honor authorizing the requested travel.

Pretrial Services Officer Brian Castro has informed the Government that Mr. Bond has been in full compliance with the conditions of his release and has no objection to this request. The trip would require the return of Mr. Bond's passport.

The Government consents to return of the passport for travel and approves of the trip, advising that the deferred prosecution paperwork will be filed once signed by the United States Attorney for the Southern District of New York as required.

Based upon the foregoing, we respectfully request that Mr. Bond be permitted to travel as requested and that his passport be returned to him forthwith to facilitate his family trip.

Thank you for your consideration.

Respectfully submitted,

*/s/ James Kousouros*
James Kousouros, Esq.

*Counsel for Mr. Bond*

cc: All Counsel of Record (By ECF)

Brian Castro
U.S. PTS Officer

Jazzlyn A. Harris
U.S. PTS Officer

Application granted. The conditions of Mr. Bond's pretrial release are modified as follows: the defendant may travel with his children to Portland, Oregon and Canada from July 21, 2026 through August 5, 2026. Pretrial Services may return Mr. Bond's passport to Mr. Kousouros or his designated representative. The defendant is directed to provide his pretrial services officer his itinerary prior to his travel. All other conditions of the defendant's pretrial release remain in full force and effect.
The Clerk of Court is directed to terminate the motion pending at Dkt. No. 243.
SO ORDERED.

Dated: July 20, 2026

GREGORY H. WOODS
United States District Judge