JAMES KOUSOUROS
ATTORNEY AT LAW

260 Madison Avenue, 22nd floor • New York, NY 10016
212•532•1934 / 212•532•1939 fax
E-mail: James@kousouroslaw.com

JAMES KOUSOUROS
FOUNDER & PRINCIPAL

EMMA J. COLE
LEGAL ASSISTANT

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7/21/2026

MEMORANDUM ENDORSED

July 20, 2026

By ECF

The Honorable Gregory H. Woods
United States District Judge
United States District Court
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007

**Re: *United States v. Gannon Bond*, 24 Cr. 091 (GHW)**

Dear Judge Woods:

This letter is respectfully submitted to request that the Court permit Mr. Bond to file an expedited passport renewal application in order to facilitate his travel to Canada. As the Court is aware, the Court granted Mr. Bond's travel request to Canada. *See* D.E. 246. The Court directed the undersigned or a representative of the undersigned to collect Mr. Bond's passport. Upon collection of Mr. Bond's passport this afternoon, we became aware it had expired. Mr. Bond cannot travel to Canada without a valid passport.

Under the current conditions of Mr. Bond's release, he is not permitted to make any new travel applications. *See* D.E. 12.

The Government has no objection to this request, and Pretrial Services defer to the Government. Mr. Bond would return the renewed passport upon his return from his trip, should the paperwork dismissing the matter remain outstanding on his return.

Based upon the foregoing, we respectfully request that Mr. Bond be permitted to file an expedited passport application.

Thank you for your consideration.

Respectfully submitted,

*/s/ James Kousouros*
James Kousouros, Esq.
*Counsel for Mr. Bond*

cc: All Counsel of Record (By ECF)

Brian Castro
U.S. PTS Officer

Jazzlyn A. Harris
U.S. PTS Officer

Application granted. The conditions of Mr. Bond's pretrial release are modified as follows: Mr. Bond may request, obtain and retain a new passport. All other conditions of the defendant's pretrial release remain in full force and effect.

The Clerk of Court is directed to terminate the motion pending at Dkt. No. 247.

SO ORDERED.

Dated: July 21, 2026
New York, New York

GREGORY H. WOODS
United States District Judge