JAMES KOUSOUROS
ATTORNEY AT LAW

260 Madison Avenue, 22nd floor • New York, NY 10016
212•532•1934 / 212•532•1939 fax
E-mail: James@kousouroslaw.com

JAMES KOUSOUROS
FOUNDER & PRINCIPAL

EMMA J. COLE
LEGAL ASSISTANT

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 8/28/2026

**MEMORANDUM ENDORSED**

August 28, 2026

By ECF

The Honorable Gregory H. Woods
United States District Judge
United States District Court
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007

**Re: *United States v. Gannon Bond*, 24 Cr. 091 (GHW)**

Dear Judge Woods:

This letter is respectfully submitted to amend our previous consent letter motion seeking the return of the $250,000 cash bond posted by Mr. Bond. *See* D.E. 255. After speaking with a financial specialist at the Clerk's Office we are informed that the details below are required for the Clerk's Office to disburse the funds once the Court grants the return of the cash bond.

The case against Mr. Bond was dismissed with prejudice on August 10, 2026. *See* D.E. 252. Mr. Bond made a $250,000 cash payment on March 1, 2024, to secure his appearance bond entered in this matter. *See* D.E. 23. Mr. Bond is the payee to whom the funds should be returned.

Therefore, we respectfully request that the Court order that the $250,000 in principal be released from the Court's Registry and returned to Mr. Bond. No interest is payable on the principal because the Court's Registry is a non-interest-bearing account. The funds should be disbursed in accordance with the banking information provided directly to the Clerk's Office by Mr. Bond.

Thank you for your consideration.

Respectfully submitted,

*/s/ James Kousouros*
James Kousouros, Esq.
*Counsel for Mr. Bond*

cc: All Counsel of Record (By ECF)

Application granted. The Court directs the Clerk of Court to return the cash bond payment in the amount of $250,000 to Mr. Bond in accordance with the banking instructions provided to the Clerk of Court and to terminate the motions pending at Dkt. Nos. 255 and 256.
SO ORDERED.

Dated: August 28, 2026
New York, New York

GREGORY H. WOODS
United States District Judge